**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., AND INTERDIGITAL MADISON PATENT HOLDINGS SAS, <br><br> *Plaintiff,* <br><br> v. <br><br> TCL INDUSTRIES HOLDINGS CO., LTD., TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, SHENZHEN TCL NEW TECHNOLOGY CO., LTD., TCL INDUSTRIES HOLDINGS (H.K.) LIMITED, TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO. LTD., TCL OPTOELECTRONICS TECHNOLOGY (HUIZHOU) CO., LTD., TCL OVERSEAS MARKETING LTD, AND TCL SMART DEVICE (VIETNAM) COMPANY LTD., <br><br> *Defendants.* | **Case No. 2:26-cv-00101-JRG** <br><br> **Hon. James Rodney Gilstrap** <br><br><br> **Jury Trial Demanded** |

## DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING ITC DETERMINATION

Defendants TCL Industries Holdings Co., Ltd.; TCL Technology Group Corp.; TCL Electronics Holdings Ltd.; Shenzhen TCL New Technology Co., Ltd.; TCL Industries Holding (HK) Ltd.; TCL King Electrical Appliances (Huizhou) Company Ltd.; TCL Optoelectronics Technology (Huizhou) Co., Ltd.; TCL Overseas Marketing Ltd.; and TCL Smart Device (Vietnam) Company Ltd. (collectively "Defendants"), respectfully move this Court to stay all proceedings under 28 U.S.C. § 1659 until the determination of the United States International Trade Commission ("ITC") in a parallel proceeding involving the same parties becomes final, including all appeals. Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., and InterDigital Madison Patent Holdings SAS (collectively, "Plaintiffs") do not oppose this Motion.

1

On February 9, 2026, Plaintiffs filed their Complaint in this action alleging infringement of U.S. Patent Nos. 8,085,846 ("the '846 Patent"), 9,294,784 ("the '784 Patent"), 10,250,877 ("the '877 Patent"), 11,695,962 ("the '962 Patent"), 11,399,168 ("the '168 Patent), and 9,654,751 ("the '751 Patent") (collectively, the "Asserted Patents").

On February 25, 2026, Plaintiffs filed a complaint with the ITC against Defendants alleging infringement of the Asserted Patents. Based on Plaintiff's complaint, on March 30, 2026, the ITC instituted Investigation No. 337-TA-1495 (the "1495 Investigation"), naming Defendants as Respondents.[1]

Based on 28 U.S.C. § 1659 and the Court's inherent powers to manage its own docket, the Court should stay this action until any determination from the ITC in the 1495 Investigation becomes final, including any appeals. Section 1659 directs district courts to stay proceedings in civil actions when: (1) the action involves parties that are also parties to a proceeding before the ITC; (2) the proceedings concern any claim that involves the same issues as in the ITC proceeding; and (3) the party requesting the stay does so within 30 days after it is named as a respondent in the ITC proceeding. *See* 28 U.S.C. § 1659(a); *see also In re Princo Corp.*, 486 F.3d 1365, 1368 (Fed. Cir. 2007).

Here, all three requirements are met. First, Plaintiffs and Defendants are both parties to the 1495 Investigation. Second, this action concerns the same claims at issue in the 1495 Investigation (the alleged infringement of the Asserted Patents). Third, Defendants have made this request within 30 days after the ITC named them as respondents in the 1495 Investigation on March 30, 2026.

---

[1] Plaintiff's ITC complaint also asserted infringement of the Asserted Patents against additional Respondents that are not parties to this action, but who are parties to other actions pending before other Courts. *See, e.g., InterDigital, Inc. et al v. Hisense Co., Ltd. et al*, No. 1:26-cv-00754-SEG (N.D. Ga. Feb. 9, 2026).

DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION                    CASE NO. 2:26-CV-00101-JRG
PURSUANT TO 28 U.S.C. § 1659 PENDING ITC DETERMINATION

Defendants therefore respectfully request that the Court enter the attached proposed order and stay all proceedings in this action until the ITC's determination in the 1495 Investigation becomes final, including appeals.


DATED: April 13, 2026                    Respectfully submitted,

                                         By: */s/ Steven A. Moore*
                                         Steven A. Moore (CA Bar No. 232114)
                                         smoore@vcip.us
                                         Donald R. McPhail (DC Bar No. 444508)
                                         dmcphail@vcip.us
                                         Emily M. Heim (FL Bar No. 1015867)
                                         eheim@vcip.us
                                         **VANGUARD CREST P.C.**
                                         1500 K Street, NW, Ste. 228
                                         Washington, D.C., 20006
                                         Main: (771) 777-8280
                                         Direct: (771) 777-8283

                                         *Attorneys for Defendants TCL Industries Holdings Co., Ltd.; TCL Technology Group Corp.; TCL Electronics Holdings Ltd.; Shenzhen TCL New Technology Co., Ltd.; TCL Industries Holding (HK) Ltd.; TCL King Electrical Appliances (Huizhou) Company Ltd.; TCL Optoelectronics Technology (Huizhou) Co., Ltd.; TCL Overseas Marketing Ltd.; and TCL Smart Device (Vietnam) Company Ltd.*

3

DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION          CASE NO. 2:26-CV-00101-JRG
PURSUANT TO 28 U.S.C. § 1659 PENDING ITC DETERMINATION

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING ITC DETERMINATION** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

By: */s/ Steven A. Moore*
Steven A. Moore (CA Bar No. 232114)
**VANGUARD CREST P.C.**

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7(b)(i), the undersigned counsel hereby certifies that on April 8, 2026, counsel for Plaintiffs stated that Plaintiffs do not oppose this motion.

By: */s/ Steven A. Moore*
Steven A. Moore (CA Bar No. 232114)
**VANGUARD CREST P.C.**

DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION
PURSUANT TO 28 U.S.C. § 1659 PENDING ITC DETERMINATION

CASE NO. 2:26-CV-00101-JRG